IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-01264-M-KS

JENNIFER LONDON,

    Plaintiff,

v.

BEACON EDUCATION, INC., et al.,

    Defendants.

ORDER

Pending before the court is Plaintiff's Motion for Leave to File Second Amended Complaint [DE 18]. This action concerns a claim for long-term disability benefits pursuant to an employee welfare benefits plan. Plaintiff's operative complaint brings two state law tort claims. DE 1-1 at 20–21. Defendants moved to dismiss largely on the grounds that both causes of action have been preempted by the Employee Retirement Income Security Act ("ERISA), 29 U.S.C. § 1001 *et seq*. DE 10 at 7–8. Plaintiff seeks leave to amend her complaint to, *inter alia*, bring a claim under the ERISA. DE 19 at 3; DE 18-1 at 18. Accordingly, pursuant to Federal Rule of Civil Procedure 15(a)(2) and for good cause shown, Plaintiff's motion is GRANTED. She may file the proposed amended complaint on or before August 25, 2025. Because the First Amended Complaint will no longer be the operative pleading, Defendants' Motion to Dismiss [DE 9] is DENIED AS MOOT.

SO ORDERED this 18th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE